

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 3, 2021

**BY ECF**

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

    Re: *New York v. Raimondo*, 21 Civ. 304 (MKV)

Dear Judge Vyskocil:

    This Office represents that Defendants Gina Raimondo,[1] in her official capacity as Secretary of the United States Department of Commerce, the United States Department of Commerce, the National Oceanic and Atmospheric Administration, and the National Marine Fisheries Service.

    Enclosed is a courtesy copy of the certification of the administrative record, a copy of the administrative record in electronic format, and the index thereto. These materials are also being provided by hand to Plaintiffs' counsel. If the Court would prefer the administrative record in hard copy format, we are happy to provide a copy upon request.

    In light of the volume of material contained in the administrative records, Defendants respectfully requests that the Court endorse this letter allowing Defendants leave to file the administrative record with the clerk of the court in electronic format. Plaintiffs do not oppose this request.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Secretary Raimondo is automatically substituted for Wilbur Ross.

2

I thank the Court for its consideration of this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:      _/s/ Lucas Issacharoff_
LUCAS ISSACHAROFF
Assistant United States Attorney
Tel. (212) 637-2737
Fax (212) 637-2702
lucas.issacharoff@usdoj.gov

Enclosures

cc: All Counsel of Record