**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
STATE OF NEW YORK, BASIL SEGGOS, as
Commissioner of the New York State Department of
Environmental Conservation, and the NEW YORK
STATE DEPARTMENT OF ENVIRONMENTAL
CONSERVATION,

                    Plaintiffs,

        -against-                                          21 **CIVIL** 304 (MKV)

                                                          **JUDGMENT**

Gina M. Raimondo, in her official capacity as
Secretary of the United States Department of
Commerce, the UNITED STATES DEPARTMENT
OF COMMERCE, the NATIONAL OCEANIC AND
ATMOSPHERIC ADMINISTRATION, and the
NATIONAL MARINE FISHERIES SERVICE, a/k/a
NOAA Fisheries,

                    Defendant.
------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the

Court's Opinion and Order dated March 29, 2022, New York concedes that if the Court finds the 2020

Allocation Rule to be valid, "that ruling will also dispose of New York's claims regarding the 2022 quotas and

the Court can enter final judgment for Commerce." [ECF No. 31]. The Court finds that the agency action here

was not arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law. Accordingly,

New York's Motion for Summary Judgment is DENIED and Commerce's Motion for Summary Judgment is

GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

          March 29, 2022

                                                **RUBY J. KRAJICK**
                                        _____
                                                **Clerk of Court**

                        **BY:**          K. Mango
                                        _____
                                                **Deputy Clerk**